■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v SALVATORE GARRASI, Defendant. [697 NYS2d 536] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is reasonable cause to believe that a fair and impartial trial can-

not be had in Erie County (*see*, CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate motion may then be made. The request for relief is premature (*see, People v Mateo*, 239 AD2d 965; *see generally, People v DiPiazza*, 24 NY2d 342). Present—Pine, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ. (Filed Oct. 4, 1999.)